## **EXHIBIT B**

**PROPOSED FIRST DAY AGENDA**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| R.E. GAS DEVELOPMENT, LLC, *et al.*,[1] | : | Case No. 18-22032 (JAD) |
| | : | |
| Debtors. | : | (Joint Administration Requested) |
| | : | |
| R.E. GAS DEVELOPMENT, LLC, *et al.*, | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT, | : | |
| | : | |
| Respondent. | : | |

## PROPOSED FIRST DAY AGENDA

**First Day Motions**

1. Debtors' Emergency Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases;

2. Debtors' *Ex Parte* Motion for Entry of an Order (A) Scheduling Expedited Hearings on Certain First Day Motions and (B) Approving Form and Manner of Notice Thereof;

3. Debtors' *Ex Parte* Motion (I) Designating These Chapter 11 Cases as Complex Chapter 11 Bankruptcy Cases; and (II) Establishing Omnibus Hearing Dates and Times;

4. Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Post-Petition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Priming Liens, Priority Liens and Super-Priority Claims, (IV) Granting Adequate

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Rex Energy Corporation (4402); Rex Energy Operating Corp. (0390); Rex Energy I, LLC (9799); and R.E. Gas Development, LLC (5422). The address of each of the Debtors is 366 Walker Drive, State College, Pennsylvania 16801.

      Protection to Prepetition Secured Parties and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C);

5. Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Assume and Continue Performance Under Their Prepetition Secured Swap Agreements, (II) Enter Into Amendments, Modifications or Amendments and Restatements to the Prepetition Secured Swap Agreements, (III) Enter Into New Postpetition Hedging Agreements, (IV) Grant Related Liens And Superpriority Claims and (B) Modifying Automatic Stay;

6. Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Joint Interest Billings, Royalties, Related Taxes and Certain Lease Obligations and (II) Granting Related Relief;

7. Debtors' Emergency Motion for Entry of Order Authorizing the Debtors to Honor Their Obligations to Purchasers and Midstream-Related Parties in the Ordinary Course of Business;

8. Debtors' Emergency Motion for Interim and Final Orders Authorizing the Payment of Certain Prepetition Claims of Certain Prepetition Lien Claimants;

9. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities, and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates;

10. Debtors' Emergency Motion for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to the Debtors' Utility Providers;

11. Debtors' Emergency Motion for Interim and Final Orders Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits and Related Items;

12. Debtors' Emergency Motion for Order Authorizing the Debtors to Continue Their Insurance Programs and Pay Related Obligations;

13. Debtors' Emergency Motion for Order (I) Authorizing the Debtors to Maintain and File a Consolidated Creditor Matrix, (II) Authorizing the Filing of a Consolidated List of Top 30 Unsecured Creditors, (III) Approving the Master Service List and (IV) Approving the Form and Manner of Notice of the Commencement of the Debtors' Chapter 11 Cases;

14. Debtors' Emergency Motion for Interim and Final Orders (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief;

15. Debtors' Emergency Motion for Order Authorizing the Debtors to Pay Certain Prepetition Taxes;

16. Debtors' Emergency Motion for Entry of an Order Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs; and

17. Debtors' Emergency Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date.