**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| R.E. Gas Development, LLC, | Case No. 18-22032-JAD |
| Debtor. | Doc. No. |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the undersigned counsel enters their appearance as local counsel to an informal group of unaffiliated holders of those certain 1%/8% Senior Secured Second Lien Notes due 2020 of Rex Energy Corporation (the "Informal Group") and Wilmington Savings Fund Society, FSB, as indenture trustee (the "Trustee") under the second lien indenture, dated March 31, 2016, and request that they be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon counsel at the following address or email address:

> Eric A. Schaffer, Esq.
> Maura P. McIntyre, Esq.
> REED SMITH LLP
> 225 Fifth Avenue, Suite 1200
> Pittsburgh, PA  15222
> Tel.:    412-288-3131
> Fax:    412-288-3063
> Email:  eschaffer@reedsmith.com
> Email:  mmcintyre@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, email, facsimile, or otherwise.

- 2 -

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Trustee's and the Informal Group's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Trustee and the Informal Group is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  May 18, 2018

Respectfully submitted,

*/s/ Eric A. Schaffer*
Eric A. Schaffer (Pa. I.D. No. 30797)
Maura P. McIntyre (Pa. I.D. No. 322880)
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Tel.:    412-288-3131
Fax:    412-288-3063
Email:  eschaffer@reedsmith.com
Email:  mmcintyre@reedsmith.com

*Proposed Local Counsel to the Informal Group and the Trustee*