**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| R.E. GAS DEVELOPMENT, LLC, *et al.*,[1] | : | Case No. 18-22032 (JAD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Wilmington Savings Fund Society, FSB ("**WSFS**"), on behalf of themselves and Morrison & Foerster LLP, as counsel to WSFS, hereby appears in the above-captioned Chapter 11 cases of R.E. Gas Development, LLC, and its affiliated debtors and debtors in possession (the "**Debtors**") and requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and Bankruptcy Code section 342, that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the following:

> **MORRISON & FOERSTER LLP**
> 250 West 55th Street
> New York, New York 10019
> Telephone: (212) 468-8000
> Facsimile: (212) 468-7900
> Attn: Jonathan I. Levine, Esq.
>  Daniel J. Harris, Esq.
> Email: jonlevine@mofo.com
>  dharris@mofo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules and the Bankruptcy Code specified

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): R.E. Gas Development, LLC (5422); Rex Energy Corporation (4402); Rex Energy Operating Corp. (0390); and Rex Energy I, LLC (9799). The address of each of the Debtors is 366 Walker Drive, State College, Pennsylvania 16801.

above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of WSFS with respect to the Debtors' estates, or any related entities, or property or proceeds thereof in which the Debtors' estates may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance shall not be deemed or construed to be a waiver of the right of WSFS (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which WSFS is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments WSFS expressly reserves.

Dated: Pittsburgh, Pennsylvania
May 18, 2018

Respectfully submitted,

*/s/ Eric A. Schaffer*
Eric A. Schaffer (Pa. I.D. No. 30797)
Maura P. McIntyre (Pa. I.D. No. 322880)
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Tel.:   412-288-3131
Fax:   412-288-3063
Email: eschaffer@reedsmith.com
Email: mmcintyre@reedsmith.com

*Local Counsel to Wilmington Savings Fund Society, FSB*

*/s/ Jonathan I. Levine*
Jonathan I. Levine, Esq.
Daniel J. Harris, Esq.
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Wilmington Savings Fund Society, FSB*