## EXHIBIT A

## ORGANIZATIONAL CHART

